UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | :  21-CR-10120-WGY |
| | : |
| CESAR ALEJANDRO CASTRO PUJOLS, et al | : |
| | : |
| Defendants. | : |

## ASSENTED TO MOTION FOR PERMISSION TO OPEN BANK ACCOUNT BY DEFENDANT SONGFENG CHEN

Defendant Songfeng Chen, by and through undersigned counsel, respectfully moves this Court to enter an Order granting him permission to open a bank account.  As is often the case in criminal matters, his existing bank account is being closed by the bank due to this prosecution. He needs a bank account in part to deposit his pay checks.  The government has been consulted and assents to the granting of this motion.

Respectfully submitted,

/s/ Stephen G. Huggard
Stephen G. Huggard (BBO#622699)
stevehuggard@huggardlaw.com
HUGGARD LAW LLC
101 Arch Street, 8th Floor
Boston, Massachusetts 02110
(617) 875-2622

August 4, 2022

<u>Rule 7.1 Certificate</u>

I, Stephen G. Huggard, hereby certify that, pursuant to Local Rule 7.1, I have conferred with opposing counsel in an effort to resolve or narrow this issue by email correspondence.

<u>Certificate of Service</u>

I, Stephen G. Huggard, hereby certify that, pursuant to Local Rule 5.2(b)(2), on this 4th day of August 2022, the foregoing document was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing.

<u>/s/Stephen G. Huggard</u>